

North Carolina Western
MEMORANDUM

**DATE:** February 13, 2012

**TO:** Honorable Martin Reidinger
U.S. District Court Judge

**FROM:** Bonney Price
U.S. Probation Officer

**SUBJECT:** Angela Baker
Docket No.: 3:09cr 000006-001
Request for Travel

---

This is in reference to the above-named offender, convicted on June 7, 2010 of Conspiracy to Defraud the United States. The defendant was ordered to a term of three (3) years probation. The following special conditions were ordered: 1) The defendant to pay $9,999.00 in restitution (paid in full); 2) The defendant to pay $100.00 assessment (paid in full); and 3) The defendant to complete 100 hours community service (completed).

Ms. Baker is requesting permission to travel internationally on a Royal Carribean cruise line with her family. The cruise will depart from Ft. Lauderdale, Florida on 03/11/2012 and return 03/18/2012.

Thank you for your attention to this matter, and should Your Honor have any questions, please contact my office at (704) 350-7680.

[X] Permission to Travel Approved

[ ] Permission to Travel Denied

[ ] Other

Signed: February 17, 2012

Martin Reidinger
United States District Judge